COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex Parte Richard Mark Bowman

Appellate case number:   01-13-01045-CR

Trial court case number:  1921607

Trial court:                    County Criminal Court at Law No. 2 of Harris County

This is an appeal from the trial court's denial of appellant Richard Mark Bowman's application for writ of habeas corpus. The clerk's and reporter's records have been filed with this Court. *See* TEX. R. APP. P. 31.1. Appellant's counsel has filed a letter stating that it serves "as Mr. Bowman's formal request that this matter be handled by this Court as any other direct appeal, with full briefing as well as oral argument in the event this Court believes argument would be warranted." We construe the letter as a motion requesting "full briefing and, if warranted, oral argument." *See* TEX. R. APP. P. 10.1. We grant the motion in part and dismiss it in part.

To the extent appellant requests the opportunity to file a brief, we grant the motion. Appellant's brief is due no later than 20 days from the date of this order. *See* TEX. R. APP. P. 31.1. Appellee's brief, if any, is due no later than 20 days from the date of the filing of appellant's brief. *See id*.

If appellant desires oral argument in this appeal, he must comply with Texas Rules of Appellate Procedure 38.1(e) and 39.7. We will determine if oral argument is necessary after the parties' briefs are filed. *See* TEX. R. APP. P. 39.1. We, therefore, dismiss appellant's request for oral argument.

It is so ORDERED.

Judge's signature:/s/ <u>Justice Terry Jennings</u>
                    ☑ Acting individually      ☐ Acting for the Court


Date:  December 17, 2013